CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 16 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES F. CLARK, | ) | CASE NO. 7:11CV274 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| DIRECTOR, DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petitioner's motion for a temporary restraining order and preliminary injunction is **DENIED** as such and is **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C.§2254, and **DISMISSED** without prejudice, as successive, pursuant to 28 U.S.C. §2244(b), and the action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C.§2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 16th day of June, 2011.

/s/ Glen E. Conrad
Chief United States District Judge